UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JUSTE,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN F. KERRY, et al.,<br><br>    Defendants. | Case No. 17-cv-01446-SI<br><br>**ORDER**<br>Re: Dkt. No. 5 |

Plaintiff's *in forma pauperis* application is GRANTED. (Docket No. 5.)

This action was dismissed because it was filed in the wrong venue. The court chose dismissal rather than transfer because plaintiff has filed more than seventy actions throughout the country and chose not to comply with venue requirements of which he is aware. Although plaintiff has been permitted to proceed *in forma pauperis* in the district court, the court now certifies that an appeal would not taken in good faith and revokes *in forma pauperis* status for plaintiff on appeal. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**.

Dated: May 11, 2017

_____
SUSAN ILLSTON
United States District Judge